## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **DARIN J. PULST,**  **Plaintiff,** vs.  **ANDREW SAUL, Commissioner,**  **Defendant.** | **NO.: CV-19-48-GF-JTJ**  **ORDER** |

Plaintiff Darin J. Pulst, by and through his attorney, John E. Seidlitz, Jr., moves for attorney's fees incurred in prosecuting his Social Security appeal pursuant to the Social Security Act, 42 U.S.C. §406(b). He requests fees in a reduced amount of $9,400.00, less than the $12,407.14 in attorney's fees accrued for 60.95 hours worked in this case. Counsel for Defendant, Martha A. Boden, has been contacted and does not oppose Plaintiff's application for fees request.

Upon Plaintiff's Motion for fees under the Social Security Act, 42 U.S.C. §406(b), and for good cause showing:

IT IS ORDERED that Plaintiff's Motion for Attorney's Fees is GRANTED. Plaintiff is awarded fees under 42 U.S.C. §406(b) in the amount of $9,400.00.

1

DATED this 29th day of September, 2021.

John Johnston
United States Magistrate Judge